| | | |
|---|---|---|
| **ERIC YBARRA** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **NO. 1:19-CV-1099-RP** |
| | § | |
| **DEREK DAVIS, in his individual** | § | **JURY DEMANDED** |
| **Capacity, and BASTROP COUNTY** | § | |
| *Defendants* | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Defendants, Derek Davis, in his individual capacity and Bastrop County ("County Defendants") and Plaintiff Eric Ybarra ("Ybarra"), (collectively the "Parties"), announce that they have resolved all matters in dispute in this action. Accordingly, pursuant to Federal Rule of Civil Procedure (41(a)(1)(A)(ii), the Parties jointly move to dismiss this action with prejudice to refiling, with each party to bear its own costs and attorneys' fees, and jointly request that the Court sign and enter the Agreed Order of Dismissal with Prejudice submitted with this Motion.

Respectfully submitted,

_____
**Larry J. Simmons – Attorney-in-Charge**
State Bar No. 00789628
Federal I.D. No. 18830
ljsimmons@germer.com
**Ryan C. Krone – Of Counsel**
Texas Bar No. 24085750
Federal I.D. No. 3083949
rkrone@germer.com
**GERMER PLLC**
2929 Allen Parkway, Suite 2900
Houston, TX 77019
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile

**COUNSEL FOR DEFENDANTS**
**ANGELINA COUNTY, TEXAS AND BILLIE PAGE**

*/s/  Jeffrey S. Edwards (w/ permission)*
**Jeffrey S. Edwards**
State Bar No. 24014406
jeff@edwards-law.com
**Scott Medlock**
State Bar No. 2444783
scott@edwards-law.com
**JEFF EDWARDS LAW GROUP, PLLC**
1101 East 11th Street
Austin, TX  78702
(512) 623-7727 – Telephone
(512) 623-7729 – Facsimile

**COUNSEL FOR PLAINTIFF**
**ERIC YBARRA**

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January, 2021, a true and correct copy of the foregoing document was forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure.

**Ryan C. Krone**